UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE            CHAPTER 13

SANDEEP VINAYEK            CASE NO. 1-21-42537-jmm

           JUDGE: Jil Mazer-Marino

DEBTOR

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Wells Fargo Bank, N.A. as Servicing Agent for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 84-23 256th Street, Floral Park, NY 11001, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: _October 13, 2021__

           Respectfully Submitted,
           _/s/Shari Barak

           _____

           Shari S. Barak
           LOGS Legal Group LLP
           Attorneys for Wells Fargo Bank, N.A. as Servicing
           Agent for Wells Fargo Bank, N.A.
           175 Mile Crossing Boulevard
           Rochester, New York 14624
           Telephone: (585) 247-9000
           Fax: (585) 247-7380

# CERTIFICATE OF SERVICE

The undersigned certifies that on Oct 13, 2021, a copy of Notice of Appearance was caused to be deposited in an enclosed, properly addressed post-paid envelope, and served by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Debtor
Sandeep Vinayek
84-23 256Th Street
Floral Park, NY 11001-0000

Attorney for Debtor
Karamvir Dahiya, Dahiya Law Offices, LLC
karam@bankruptcypundit.com

Trustee
Michael J. Macco
ecf@maccolaw.com


Dated: _Oct 13, 2021                    _/s/Shari Barak
                                        _____

                                        Shari S. Barak
                                        LOGS Legal Group LLP
                                        175 Mile Crossing Boulevard
                                        Rochester, New York 14624
                                        Telephone: (585) 247-9000
                                        Fax: (585) 247-7380
                                        Email: logsecf@logs.com

21-089521 - BK01