**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SANDEEP VINAYAK,<br><br>Debtor. | Chapter 13<br><br>Case No. 21-42537-JMM |

## ORDER DENYING MOTION TO HOLD OSK IX, LLC IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

This matter coming to be heard on the *Motion to Hold OSK IX, LLC in Contempt for Violation of the Automatic Stay* [Docket No. 14] (the "Motion"); and creditor OSK IX, LLC having filed its *Objection to Debtor's Motion to Hold OSK IX, LLC in Contempt for Violation of the Automatic Stay* [Docket No. 21] (the "Objection"); and the Court having reviewed the Motion and the Objection; and a hearing having been held on November 18, 2021 to consider the relief requested in the Motion; it is hereby

**ORDERED,** that the Motion is DENIED for the reasons stated orally on the record.



**Dated: Brooklyn, New York**
**November 30, 2021**

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**