UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

    SANDEEP VINAYAK,

                      Debtor.

Case No.: 21-42537-JMM

Chapter 13

---------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 13 CASE

Whereas, on October 5, 2021, Sandeep Vinayak (the "Debtor") commenced a Chapter 13 case;

Whereas, on November 11, 2021, the secured creditor, OSK IX, LLC (the "Creditor") filed a motion to dismiss or to convert the case to a case under Chapter 11 [ECF # 22];

Whereas, on November 24, 2021, the Chapter 13 trustee filed a motion to dismiss the case [ECF # 26];

Whereas, on December 22, 2021, the Debtor filed a motion to convert the case to one under Chapter 11, Subchapter V [ECF # 42];

Whereas, the Court held hearings on the Creditor's, Trustee's, and Debtor's motions;

Whereas, the Debtor determined to voluntarily dismiss his Chapter 13 case instead of prosecuting his motion to convert the case; and

Whereas, the Debtor filed a Notice of Dismissal of the Chapter 13 Case [ECF # 49];

NOW, THEREFORE, it is

**ORDERED**, that the Debtor's Chapter 13 hereby is dismissed.



**Dated: Brooklyn, New York
March 14, 2022**

_____
**Jil Mazer-Marino
United States Bankruptcy Judge**